AO91 (Rev.5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

KANHA KOUNDUANGTA,

Defendant.

CASE NUMBER: 3:06-MJ-042-JDR

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>February 9, 2006</u> in the District of Alaska, defendant(s) did, (Track Statutory Language of Offense) <u>knowingly and intentionally possess with intent to distribute a controlled substance, namely 500 grams or more of a mixture and substance containing methamphetamine</u>
in violation of Title <u>21</u>, United States Code, Section(s) <u>841(a)(1), (b)(1)(A)</u>.

I further state that I am a(n) <u>DEA Task Force Officer</u> and that this Complaint is based on the following facts:

See attached affidavit, incorporated herein by this reference.

Continued on the attached sheet and made a part hereof:   <u>XX</u> Yes   ___ No

/s/ Eliezer Feliciano
_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

<u>February 10, 2006</u>                           at   <u>Anchorage, Alaska</u>
Date                                                City and State

John D. Roberts
<u>United States Magistrate Judge</u>          <u>/s/ John D. Roberts (SEAL AFFIXED)</u>
Name and Title of Judicial Officer         Signature of Judicial Officer