AFFIDAVIT OF TASK FORCE OFFICER ELIEZER FELICIANO
3:06-mj-042 -JDR

BACKGROUND AND EXPERIENCE

1. I am a United States Drug Enforcement Administration (DEA) Task Force Officer, assigned to the Seattle Field Division, Anchorage District Office, Alaska Interdiction Group. I have over fifteen (15) years of law enforcement experience with the Municipality of Anchorage Police Department. I have been a Task Force Officer for approximately three (4) years. As part of my duties I investigate and interdict individuals in Alaska attempting to traffic controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2. I have obtained my Advanced Police Officer Certificate from the Alaska Police Standards Council. I hold a Bachelor of Science Degree in Human Services/Criminal Justice. Eight (8) of my fifteen (15) years of experience have been as a Patrol Officer. Six (6) of my fifteen years has been as an Investigator. My duties include watching for illegal activities, interviewing witnesses, victims and suspects, identifying people involved, developing probable cause for cases, handling and processing various types of evidence, and assembling cases for prosecution. In February 2001 I attended the Uniformed Investigators School, which specializes in techniques and processing of crime scenes. I have received specialized training in identification, field testing, and investigation of illegal drug activity in the police academy. I have assisted other officers and detectives with controlled substance cases as evidence custodian, surveillance team member, photographer, entry/search team member, and handler of confidential & citizen informants. I have been the case officer on drug cases and controlled delivery cases, assigning and directing other officers in the investigations.

3. From March 2001 to present, I have been assisting the DEA with intercepting illegal narcotics from transportation facilities (airport, seaport, courier services, etc.). In March 2002 in Phoenix, Arizona, I successfully completed Operation Jetway training, which taught techniques used by drug dealers to ship illegal narcotics through transportation facilities. May 2002 in Reno,

        Nevada, I attended the SKYNARC Criminal/Narcotics Interdiction Training, which provided updates to drug interdiction task force officer to include the latest trends used by drug dealers to transport illegal narcotics using transportation sources. June 2002 in Wasilla, Alaska, I attended the DEA Basic Drug Investigations School. This school was an overall drug investigation school, which discussed all aspects of the drug culture and the process of collecting evidence for prosecution. August 2002 in Quantico, Virginia, I attended the DEA Clandestine Laboratory Investigation/Safety Certification Program, which deals with the processing of Clandestine Methamphetamine laboratories.

## INVESTIGATION

4. On 02-09-06, agents/officers of the Alaska Interdiction Task Force obtained a search warrant on a UPS package addressed to G.J. , Spc 94, Anchorage, Alaska, with a telephone number of __ . The package had a return address of J.T., phone number __ as shipped from The UPS Store #2612, located at 6715 NE 63rd Street, Vancouver, Washington.

5. When investigators executed the search warrant, they observed that the box contained a stuffed animal and large chocolate heart. The exterior of the package was heavily taped, and the heart inside appeared to be solid chocolate. Close examination of the "chocolate" heart revealed a piece of plastic protruding from it. Inside the chocolate, investigators found approximately 555 grams of a substance that field-tested positive for methamphetamine. Based on my experience, the substance had an appearance consistent with "ice", a high purity form of methamphetamine. In my experience, a conservative estimate of the street value of ½ kilogram of "ice" is approximately $250,000.

6. Investigators obtained a court order to insert an alerting device in the package and attempt a controlled delivery of the package. A representative sample of methamphetamine was placed back in the package and the heart was resealed in chocolate.

7. At approximately 7:30 pm, Special Agent Rodney Hollingshead posed as a UPS delivery driver and delivered the package to Space 94, _____.. The package was accepted by a female resident.

8. At approximately 8:00 pm, the defendant, Kanha Kounduangta, arrived at ___Space 94, in a Jeep Liberty, which was registered to

        her. Approximately 10 minutes later, the defendant, carrying the box, left the location in the Jeep.

9.     The defendant then drove through the trailer park at, left the location, engaged in what investigators recognized as counter-surveillance tactics in her vehicle. For example, the defendant stopped in a cul-de-sac, turned off her headlights, and remained inside the vehicle for several minutes before departing. The defendant appeared to drive an indirect and surreptitious route to __ _, a trailer park. The defendant went inside the trailer at Space 529, left and then ultimately return.

10.     At approximately 8:41pm, the alerting device inside the package changed tones, indicating that the package had been opened. At approximately 8:55 pm, investigators entered the trailer at Space 529 to retrieve the package.

11.     Investigators entering the trailer observed the discarded wrapping of the package. The heart that previously contained the methamphetamine was in a china cabinet. The stuffed animal was on a nearby table. Initially, the defendant claimed that her friend "G" opened the package and gave her the bear as a gift. The defendant then admitted that she opened the package, which she said was a gift.

12.     Based upon my training, experience, and the experience of other agents, I submit that there is probable cause to believe that the defendant knowingly attempted to possess over 500 grams of methamphetamine with intent to distribute, in violation of Title 21 of the United States Code, Section 846, Sections 841 (b)(1)(A).

FURTHER YOUR AFFIANT SAYTH NAUGHT

                _____/s/ Elizer Feliciano_____
                Task Force Officer Eliezer Feliciano
                Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me the_10th_ day of February 2006, in

Anchorage, Alaska.

                /s/ John D. Roberts (SEAL AFFIXED)
                JOHN D. ROBERTS
                United States Magistrate Judge

Case 3:06-mj-00042-JDR    Document 3    Filed 02/10/2006    Page 4 of 4

3:06-mj-00042-JDR    REDACTED AFFIDAVIT-Original subscribed and sworn to before Judge John D. Roberts    Page 4 of 4; 2/10/2006