MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>KANHA KOUNDUANGTA</u>     CASE NO. <u>3:06-mj-00042-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER: <u>APRIL KARPER</u>

UNITED STATES ATTORNEY: <u>FRANK RUSSO</u>

DEFENDANT'S ATTORNEY: <u>KEVIN MCCOY - APPOINTED</u>

U.S.P.O.: <u>CHRIS LIEDIKE</u>

INTERPRETER: <u>EDMUND CHANNITA  (LAOTIAN)</u>
<u>X</u> Telephonic Appearance                        (Language)

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT
             HELD FEBRUARY 14, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:56 p.m. court convened.

<u>X</u> Copy of Complaint given to defendant: read by interpreter.

<u>X</u> Defendant advised of general rights. __Waived full advisement
                                              of rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Same as above.</u>

<u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Defendant detained. Detention / Preliminary Hearing set for
    **February 17, 2006 at 1:30 p.m.**

<u>X</u> Order of Temporary Detention Pending Hearing **FILED.**

At 2:18 p.m. court adjourned.


DATE: <u>   February 14, 2006   </u>  DEPUTY CLERK'S INITIALS: <u>   ak   </u>