Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>KANHA KOUNDUANGTA,<br><br>            Defendant. | NO. A06-0042 MJ (JDR)<br><br>**ENTRY OF APPEARANCE** |

       Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant KANHA KOUNDUANGTA in the above-captioned action.

       DATED at Anchorage, Alaska this 14th day of February 2006.

       Respectfully submitted,

       s/Kevin F. McCoy
       Assistant Federal Defender
       550 West 7th Avenue, Suite 1600
       Anchorage, AK 99501
       Phone:   907-646-3400
       Fax:   907-646-3480
       E-Mail:   kevin_mccoy@fd.org

Certification:
I certify that on February 14, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy