DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06-mj-0042-JDR |
| | ) | |
| Plaintiff, | ) | **MOTION TO POSTPONE** |
| | ) | **PRELIMINARY HEARING** |
| vs. | ) | |
| | ) | |
| KANHA KOUNDUANGTA, | ) | |
| | ) | *Filed on Shortened Time* |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through undersigned counsel, and respectfully requests that the Court postpone the preliminary hearing in the above-captioned case, currently scheduled for February 17, 2006 at 1:30pm.   The Defendant is expected to be indicted within the 10 days

required under Fed. R. Crim P. 5.1(c). If not, she will be released as required under Fed. R. Crim P. 5.1(f).

This request is made on shortened time because of the impending nature of the preliminary hearing. Undersigned counsel contacted defendant's counsel, Mr. McCoy, who indicated that he would have to confer with his client before deciding whether to oppose such request. Such conference is made more difficult because the defendant speaks primarily Laotian. It is submitted that postponing the preliminary hearing will conserve judicial resources, as well as resources spent on a court-approved Laotian interpreter to interpret a full preliminary hearing.

The United States is prepared to go forward with the detention hearing, at which the United States will rely upon the presumption contained in 18 U.S.C. § 3142(e). At the time of this filing, no release plan has been proposed by the defendant that would overcome such presumption. If such plan is proposed, the Ninth Circuit has held that the government may proceed in a detention hearing by proffer or hearsay. United States v. Winsor, 785 F. 2d 755, 756-757(9th Cir. 1986).

It is submitted that postponing the detention hearing would save this Court from having to take extra time to reconsider evidence that the Grand Jury

necessarily must consider before indictment. Therefore, the United States asks this court to postpone the February 17 preliminary hearing, and to schedule the preliminary hearing under Fed. R. Crim P. 5.1(c) on February 23 or 24, which is within 10 days from her initial appearance but after the expected return of indictments by the February grand jury.

RESPECTFULLY SUBMITTED this  15th  day of February, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Frank V. Russo
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to Kevin McCoy, Esq. on 2/15/2006, via:

(X) Electronic case filing notice

s/ Frank V. Russo