IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06-mj-0042-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | (proposed) |
| KANHA KOUNDUANGTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the motion filed by the United States to continue the preliminary hearing, IT IS HEREBY ORDERED that the preliminary hearing will take place on February __, 2006 at _____ a.m. / p.m. if the Grand Jury has not yet returned an indictment.

**IT IS SO ORDERED**.

DATED: _____

JOHN D. ROBERTS
United States Magistrate Judge