(Rev 2/06)

# LIST OF EXHIBITS

Case No. 3:06-mj-00042-JDR    Magistrate Judge: **JOHN D. ROBERTS**

Title _____U.S.A._____
  vs.
_____Kanha Kounduangta_____

Dates of Hearing/Trial:    February 17, 2006

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Crandon Randell | Kevin McCoy |
| | |
| | |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | A | ✓ | | Map |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |